KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United States Attorney
     10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone: (415) 436-6888
Attorneys for the United States of America

**E-filed 5/6/05**

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ENVISION MEDIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY by its agency, INTERNAL REVENUE SERVICE, <br><br> Defendant. | No. C-04-05495-HRL <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby agreed and stipulated by the parties, through their respective counsel of record, that this action be dismissed without prejudice, each party to bear its own costs.

Dated 28 April 2005

_____
MARTIN A. SCHAINBAUM
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated 4/29/05

_____
DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for United States of America

1  <u>ORDER OF DISMISSAL</u>

2  Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil

3  Procedure. the Court hereby orders that this action be and hereby is dismissed without prejudice.

4

   ORDERED this ___6th___ day of May, 2005, at San Jose, California.
5

6                                    Judge Jeremy Fogel /s/electronic signature authorized
                                    _____
7                                    UNITED STATES ~~MAGISTRATE JUDGE~~
                                                DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stip. & Order of Dismissal
    (No. C-04-05495-HRL)                          2